UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

: MAGISTRATE NO. 18-4513-01(LHG)

v. :

Gabriel Acosta Villa : ORDER

:

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __18__ day of __June__, 2018,

ORDERED that __Brian Reilly, Esq.__ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
LOIS H. GOODMAN
United States Magistrate Judge