UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Lois H. Goodman |
| v. | : | Mag. No. 18-4513 |
| GABRIEL ACOSTA VILLA and OSCAR PEREZ, JR. | : | <u>CONTINUANCE ORDER</u> |

This matter having been opened to the Court by Craig Carpenito, United States Attorney for the District of New Jersey (Molly S. Lorber, Assistant U.S. Attorney, appearing), and defendant Gabriel Acosta Villa (Brian P. Reilly, AFPD, appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter presented to a Grand Jury within thirty (30) days of the date of his arrest pursuant to Title 18 U.S.C. § 3161; and the defendant through his attorney having waived such rights and consented to the continuance; and no prior continuances having been granted by the Court; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Both the United States and the defendant desire additional time for the disclosure and review of voluntary discovery and to engage in plea negotiations, and then enter a plea in Court, which would thereby render trial

1

of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 19th day of June, 2018;

ORDERED that the proceedings scheduled in the above-captioned matter are continued from the date this Order is signed through and including August 20, 2018;

IT IS FURTHER ORDERED that the period from the date this Order is signed through and including August 20, 2018 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. LOIS H. GOODMAN
United States Magistrate Judge

Consented and Agreed to by:

CRAIG CARPENITO
UNITED STATES ATTORNEY

_____
Brian P. Reilly, AFPD
Counsel for defendant
Gabriel Acosta Villa

_____
By: Molly S. Lorber
Assistant U.S. Attorney

2